IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEE A. NUGARA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3212 |
| | ) | |
| V. | ) | |
| | ) | PROGRESSION ORDER |
| NEBRASKA ASSOCIATION OF | ) | |
| PUBLIC EMPLOYEES, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

The parties' partially completed Rule 26(f) Planning Report proposes that any motions challenging subject matter jurisdiction and venue be resolved before a final progression order is entered in this case. The court agrees and, accordingly,

IT IS ORDERED that the initial progression order is as follows:

a. Mandatory disclosures shall be served by April 26, 2010.

b. The parties' discovery at this time is limited to the issues of subject matter jurisdiction and venue. Any discovery, including but not limited to depositions, regarding the issues of subject matter jurisdiction and venue shall be completed on or before July 15, 2010. Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

c. The deadline for filing motion challenging subject matter jurisdiction and/or venue is August 2, 2010.

d. The parties will confer and file an amended and complete Rule 26(f) Planning Report regarding any remaining claims within 21 days after the Court's ruling on any motions pertaining to subject matter jurisdiction and venue.

April 15, 2010.    BY THE COURT:
    s/ *Cheryl R. Zwart*
    United States Magistrate Judge