IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEE A. NUGARA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3212 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA ASSOCIATION OF | ) | MEMORANDUM AND ORDER |
| PUBLIC EMPLOYEES, and | ) | |
| AMERICAN FEDERATION OF | ) | |
| STATE, COUNTY AND MUNICIPAL | ) | |
| EMPLOYEES, | ) | |
| | ) | |
| Defendants. | ) | |

Based on the parties' representations in their Rule 26(f) report filed on March 30, 2010, (filing no. 20), the court anticipated and set a deadline of August 2, 2010 for filing any motions challenging subject matter jurisdiction and venue as to Counts I and II of the plaintiff's complaint. No such motions have been filed.

Accordingly,

IT IS ORDERED:

1) On or before September 7, 2010, the parties shall jointly file an amended and abbreviated Rule 26(f) report, a copy of which is attached.

2) Unless requested by a party, no telephonic planning conference will be held before the court enters a final progression schedule herein. Rather, the Rule 26(f) report filed by the parties in accordance with this order will provide the basis for the final progression order entered in this case.

DATED this 24th day of August, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | ) |
|---|---|
| , | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | )     **RULE 26(F) REPORT** |
| | ) |
| , | ) |
| | ) |
| Defendant. | ) |

The following attorneys conferred to prepare the Report of Parties' Planning Conference:

    For the Plaintiff:

    For the Defendant:

The parties discussed the case and jointly make the following report:

A.     Motions to amend the pleadings or to add parties shall be filed by _____.
        **Note**: The parties may agree on separate dates for plaintiff(s) and defendant(s).

B.     Experts and, unless otherwise agreed, expert reports shall be served by _____.
        **Note**: The parties may agree on separate dates for plaintiff(s) and defendant(s).

C.     Discovery, including depositions, will be completed by _____.

D.     Motions to dismiss, motions for summary judgment, or motions to exclude expert testimony on *Daubert* and related grounds will be filed by _____.

E.     Other matters to which the parties stipulate and/or which the court should know or consider: _____.

F.     This case will be ready for trial before the court by:  (month, year) . The anticipated length of trial is _____ days.

    Dated:_____

_____      _____
Counsel for Plaintiff(s)                              Counsel for Defendant(s)