IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEE A. NUGARA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3212 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA ASSOCIATION OF PUBLIC EMPLOYEES, and AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, | ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

Based on the representations of the parties during the telephone conference held today,

IT IS ORDERED:

1) Defendant American Federation of State, County and Municipal Employees' deadline for responding to the plaintiff's complaint is extended to February 11, 2011.

2) As to both defendants, motions to dismiss and/or for summary judgment shall be filed on or before February 11, 2011.

DATED this 29th day of December, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge