IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEE A. NUGARA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3212 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA ASSOCIATION OF PUBLIC EMPLOYEES, and AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, | ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) ) | |

A Motion for Summary Judgment (filing no. 47) and a Motion to Dismiss or Alternatively, Motion for Summary Judgment (filing no. 48), are pending. The pretrial conference set for March 3, 2011 at 10:00 a.m. and the trial set for March 21, 2011 at 9:00 a.m., are continued and will be rescheduled, if necessary, following resolution of the pending motions.

DATED this 28th day of February, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge