IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEE A. NUGARA, | ) | 4:09CV3212 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NEBRASKA ASSOCIATION OF | ) | |
| PUBLIC EMPLOYEES and | ) | |
| AMERICAN FEDERATION OF | ) | |
| STATE, COUNTY, AND | ) | |
| MUNICIPAL EMPLOYEES, | ) | |
| | ) | |
| Defendants. | ) | |

    IT IS ORDERED that Plaintiff's motions for an enlargement of time (filings 57, 58) are granted, as follows:

    Plaintiff shall have until March 21, 2011, to respond to Defendants' motions filed on February 11, 2011 (filings 47, 48).

March 9, 2011.                          BY THE COURT:

                                                      *Richard G. Kopf*
                                           United States District Judge