# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEE A. NUGARA, | ) | 4:09CV3212 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NEBRASKA ASSOCIATION OF | ) | |
| PUBLIC EMPLOYEES and | ) | |
| AMERICAN FEDERATION OF | ) | |
| STATE, COUNTY AND MUNICIPAL | ) | |
| EMPLOYEES, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Defendants' motion for an enlargement of time (filing 64) is granted, as follows:

Defendants shall have until April 4, 2011, to file replies regarding their pending motions (filings 47, 48).

March 29, 2011.                    BY THE COURT:

*Richard G. Kopf*
United States District Judge