IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEE A. NUGARA, | ) | 4:09CV3212 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| NEBRASKA ASSOCIATION OF PUBLIC EMPLOYEES and AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

Pursuant to the court's Memorandum and Order filed this date,

FINAL JUDGMENT is entered providing that counts 1 and 2 of Plaintiff's complaint are dismissed with prejudice, and the remainder of the action (count 3) is dismissed without prejudice.

July 8, 2011.                    BY THE COURT:

*Richard G. Kopf*
United States District Judge